JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREVER 21, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>SEVEN LIONS, INC., a California Corporation; DAVID'S PLACE OFF PRICE CLOTHING CO., INC., a California Corporation; DAVID TALASAZAN, an Individual; GABRIEL BROTHERS, INC., a West Virginia Corporation; DAMO TEXTILE, INC., a California Corporation; Y.M.I JEANSWEAR, INC., a California Corporation; and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No.: CV12-1152-GW(VBKx)<br><br>**PERMANENT INJUNCTION AGAINST DEFENDANTS SEVEN LIONS, INC. AND DAVID TALASAZAN AND DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>Honorable Judge George H. Wu |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction and Dismissal of the Action ("Stipulation"), between Plaintiff Forever 21, Inc. ("Plaintiff"), on the one hand, and Defendants Seven Lions, Inc. and David Talasazan (collectively "Defendants"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendants as follows:

- 1 -
**[PROPOSED] PERMANENT INJUNCTION AND DISMISSAL OF ACTION**

1. **PERMANENT INJUNCTION.** Defendants and any person or entity acting in concert with, or at their direction, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which they may exercise control, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* §1116, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

    a. copying, manufacturing, importing, exporting, marketing, displaying, purchasing, selling, offering for sale, reproducing, acquiring, transferring, brokering, consigning, storing, shipping, licensing, developing, delivering, distributing and/or dealing in any product or service that uses, or otherwise makes any use of, references or relates to Forever 21 or any of Forever 21's registered and common law trademarks, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, references or relates to Forever 21 or any of Forever 21's Trademarks;

    b. performing or allowing others employed by or representing them, or under the their control, to perform any act or thing which is likely to injure Forever 21 or Forever 21's rights in and to Forever 21's Trademarks and/or Forever 21's business reputation or goodwill arising therefrom; and/or

    c. engaging in any acts of federal and/or state trademark infringement, false designation, unfair competition, dilution, or other act(s) which would tend to damage or injure Forever 21's rights in and to Forever 21's Trademarks.

2. This Permanent Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

3. The Court finds there is no just reason for delay in entering this Permanent Injunction, and, pursuant to Rule 54(a) of the *Federal Rules of Civil Procedure*, the Court directs immediate entry of this Permanent Injunction against

Defendants.

4. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction.

5. **NO FEES AND COSTS.** Each party shall bear its/his own attorneys' fees and costs incurred to date in this matter.

6. **DISMISSAL OF THE ACTION.** The Court hereby dismisses the action as to Defendants, without prejudice, upon entry of this Permanent Injunction against Defendants.

IT IS SO ORDERED, ADJUDICATED and DECREED this 11th day of September, 2013.

_____
HON. GEORGE H. WU
United States District Judge
Central District of California